**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DONALD M. GINDY, SB# 45228
E-Mail: Donald.Gindy@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for VBConversions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WEST REGION

| | |
|---|---|
| VBConversions LLC A California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> Alere, Inc., a Delaware Corporation; Matria Healthcare, Inc., a Delaware Corporation; Scott Daniel, an individual; Erik Frelund, an individual; Megan Cook, an individual; DOES 1-10, Inclusive., <br><br> Defendant. | CASE NO. CV13-08115JFW(AJWx) <br><br> [Assigned to Hon. John F. Walter] <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(i)** |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF

RECORD:

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(i), Plaintiff

VBCONVERSIONS LLC, by and through its counsel of record, hereby voluntarily

dismisses this action, with prejudice, against Defendants, Alere, Inc., a Delaware

Corporation; Matria Healthcare, Inc., a Delaware Corporation; Scott Daniel, an

1

COMPLAINT

1 individual; Erik Frelund, an individual; Megan Cook, an individual.

2 Dated: November 27, 2013

3                                     LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5                               By: _____

                                    Donald M. Gindy

6                                     Attorneys for Plaintiff

                                    VBConversions LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW