**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DONALD M. GINDY, SB# 45228
E-Mail: Donald.Gindy@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for VBConversions LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- WEST REGION

| | |
|---|---|
| VBConversions LLC A California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Alere, Inc., a Delaware Corporation; Matria Healthcare, Inc., a Delaware Corporation; Scott Daniel, an individual; Erik Frelund, an individual; Megan Cook, an individual; DOES 1-10, Inclusive.,<br><br>Defendant. | CASE NO. CV13-08115JFW(AJWx)<br><br>[Assigned to Hon. John F. Walter]<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(i)** |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(i), Plaintiff VBCONVERSIONS LLC, by and through its counsel of record, hereby voluntarily dismisses this action, with prejudice, against Defendants, Alere, Inc., a Delaware Corporation; Matria Healthcare, Inc., a Delaware Corporation; Scott Daniel, an

4839-7799-2215.1

COMPLAINT

1 | individual; Erik Frelund, an individual; Megan Cook, an individual.

2 | Dated: November 27, 2013

3 |                        LEWIS BRISBOIS BISGAARD & SMITH LLP

4 | 

5 |                        By: _____
                               Donald M. Gindy

6 |                                Attorneys for Plaintiff
                               VBConversions LLC

4839-7799-2215.1

2

NOTICE OF DISMISSAL